**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: United States v. Xing Lin  Docket No.: 14-4133

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Megan Wolfe Benett

Firm:

Address: 750 Third Avenue, 32nd Floor, New York NY 10017

Telephone: (212) 973-3406   Fax: (212) 972-9432

E-mail: mbenett@kreindler.com

Appearance for: Xing Lin/Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☑ Substitute counsel (replacing other counsel: Joel S. Cohen/Joel S. Cohen P.C.)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on Aug. 13, 2013   OR

☐ I applied for admission on _____.

Signature of Counsel: /s/

Type or Print Name: Megan Wolfe Benett, Esq.