

**KREINDLER & KREINDLER** LLP

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

July 13, 2015

<u>Via ECF/CM</u>
Mr. Gerard Whidby
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

   Re:  *United States v. Xing Lin*, Docket No. 14 - 4133

Dear Mr. Whidby:

  Following our most recent conversation, I am submitting this letter to provide a status update regarding appellant-defendant Xing Lin's briefing schedule in the above-referenced case.

  As mentioned by telephone, I am waiting for a response from the government that will bear directly on whether Mr. Lin will be filing a scheduling order. On June 17, 2015, the government advised me that it was still reviewing certain information that would bear on its decision as to how to proceed. I have requested an update, but have not yet received a response from the government. In addition, because Mr. Lin continues to be housed in the Lee USP federal correctional facility in Pennington Gap, Virginia that is not easily reached by public transportation (and is a more than ten hour drive from New York City), I continue to have to rely on the cooperation of Mr. Lin's counselor at the Lee federal prison to arrange secure counsel calls. Recently, obtaining telephone access with my client has proven difficult, which has delayed some of the communication necessary to determine if a scheduling order will be filed.

  Given the information above, I respectfully ask that this Court allow Mr. Lin until July 31, 2015 to submit a scheduling order or further update. Doing so may result in the conservation of court resources, should an appeal ultimately not be necessary. If, however, it becomes clear that an appeal will proceed, I will promptly submit a scheduling request pursuant to Local Rule 31.2.

  Please feel free to contact me at (212) 973-3406 with any additional questions.

                Regards,

                /s/ Megan W. Benett

cc: All counsel of record via ECF/CM

**California Office**

707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469 Fax: (213) 622-6019

**Massachusetts Office**

855 Boylston Street, Boston, MA 02116-2688
Tel: (617) 424-9100 Fax: (617) 424-9120