**UNITED STATES COURT OF APPEALS**
for the
**SECOND CIRCUIT**

_____

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of August, two thousand and sixteen,

_____

| | |
|---|---|
| United States of America, | **ORDER** |
|      Appellee, | Docket No: 14-4133 |
| v. | |
| Xing Lin, AKA Sealed Defendant 1, AKA Ding Pa, | |
|      Defendant - Appellant, | |
| Hao Chao, AKA Sealed Defendant 2, AKA Little Beijing, | |
|      Defendant. | |

_____

     Counsel for APPELLEE United States of America has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting November 23, 2016 as the brief filing date.

     It is HEREBY ORDERED that Appellee's brief must be filed on or before November 23, 2016.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court
